IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In The Matter of The Search of

4408 Gatewood Ln,
Pace, FL 32571                                    Case No. 3:24mj86/ZCB

_____ /

### ATTACHMENT C: AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Jonathan Quick, being first duly sworn, hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1.  Your affiant makes this affidavit in support of an application for a search warrant for 4408 Gatewood Ln, Pace, Florida, hereafter referred to as the Subject Premises. The place to be searched is described in the following paragraphs and in Attachment A.

2.  I am a Special Agent with the Federal Bureau of Investigation (FBI), assigned to the Jacksonville Division – Pensacola Resident Agency and has been employed by the FBI since September 2022. Prior to reporting to the Pensacola Resident Agency, I completed the FBI's Basic Field Training Course in Quantico, Virginia. As a Special Agent, I am responsible for enforcing federal criminal statutes, including Fraud and Related Activity in Connection with Identification Documents, 18 U.S.C. § 1028, Wire Fraud, 18 U.S.C. §1343, and Bank Fraud, 18



1

U.S.C. § 1344. Prior to employment with the FBI, I was employed with the Fayetteville Police Department in North Carolina for over 12 years. During that time, I received training and experience in criminal law, arrest, search and seizure, and collecting and processing evidence to support cases in many different criminal violations.

3. The facts in this affidavit come from my personal observations, my training and experience, discussions with other members of law enforcement, and information obtained from other Agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. §§ 1028, 1343 and 1344, have been committed by JESSICA LAUTRELLE WAYNICK (WAYNICK). There is also probable cause to search the Subject Premises described in Attachment A for evidence of these crimes; contraband, fruits of these crimes, or other items illegally possessed; and property designed for use, intended for use, or used in committing a crime, as described in Attachment B.

## JURISDICTION

5. This Court has jurisdiction to issue the requested warrant because it is "a Court of competent jurisdiction" as defined by 18 U.S.C. § 2711, 18 U.S.C. §§

2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United States…that has jurisdiction over the offense being investigated."

6. 18 U.S.C. § 1028 makes it a crime for any person to knowingly transfer, possess, or use, without lawful authority, a means of identification of another person with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Federal law, or that constitutes a felony under any applicable State or local law.

7. 18 U.S.C. § 1343 makes it a crime for a person to devise or intend to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means or wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice.

8. 18 U.S.C. § 1344 makes it a crime for any person to knowingly execute or attempt to execute, a scheme or artifice to defraud a financial institution; or to obtain any of the money, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises.

## STATEMENT OF PROBABLE CAUSE

9. On or about March 18, 2024, FBI Miami Special Agent (SA) Nathan Ferguson received information that a white female named Jessica, between the ages of 28 and 38, and living in Escambia County, FL was involved with purchasing vehicles using fraudulent identification. The female was later identified as WAYNICK. The source alleged WAYNICK was involved in the scheme with an unknown Bureau of Prisons (BOP) inmate.

10. Once purchased, WAYNICK drove the vehicles to California and gave them to unknown associates of the BOP inmate. The associates of the BOP inmate removed and replaced the vehicle identification numbers. The vehicles would then be resold.

11. The source alleged WAYNICK was currently in possession of a blue Chevrolet Corvette that she purchased with fraudulent identification. SA Ferguson was provided photographs of the Corvette which shows the vehicle has a Florida registration plate of 24 EIFA. A query in the Florida Driver and Vehicle Identification Database showed the vehicle is registered to Kara Charlotte Aldous (Aldous) at 315 W. Chase St, Pensacola, FL. The query in DAVIS showed the vehicle was registered in Florida on March 14, 2024. The lien holder for the vehicle

4

in Pen Air Credit Union (PACU) at 1495 E. Nine Mile Rd, Pensacola, FL 32514. PACU is insured by the Federal Deposit Insurance Corporation.

12. A driver's license query in DAVID for 315 W. Chase St, Pensacola, FL revealed the name Willie North (North) as the only FL licensed driver at that residence. DAVID had North listed as deceased as of June 12, 2014. Aldous does not have a Florida driver's license in DAVID. Open-source searches for Aldous showed her current name is Kara Charlotte Cane (Cane). Cane's address is listed as being in Texas.

13. SA Jonathan Quick obtained a police report taken by the Indio Police Department (IPD) in California referencing phone number 850-861-9714 which was associated with WAYNICK in open-source searches. On October 12, 2023, the IPD was called to Fiesta Ford for a reported fraud. The manager of the business told the responding IPD officer that a female claiming to be Courtney Elizabeth Moraros was at the dealership on October 4, 2023. The female provided a Texas driver's license with that name, a Spectrum bill proving her residence in Palm Desert, and an Experian credit report. A loan through Golden 1 Credit Union was approved and the

female purchased a 2022 Ford Bronco. The phone number ending in 9714 was given by the female when she purchased the Bronco.

14. Don Moraros later contacted Fiesta Ford and advised that his wife, Courtney Moraros, was a victim of identity theft and did no purchase the Bronco. Photos from Fiesta Ford were collected by IPD and uploaded to Axon Evidence.

15. On March 20, 2024, SA Quick obtained documentation from PACU that was filed for the purchase of the Corvette. Part of the documentation was a photocopy of Texas driver's license #35182554, which contained Aldous' information. SA Quick met with Santa Rosa County Sheriff's Office (SRCSO) Detective (Det.) J. Hargitt. Det. Hargitt advised he was familiar with WAYNICK. SA Quick showed Det. Hargitt the Texas driver's license that contained Aldous' information that was used to purchase the vehicle. Det. Harggit identified the female's photo on the driver's license as WAYNICK's.

16. On March 20, 2024, SRCSO officers conducted a traffic stop of the blue Chevrolet Corvette displaying FL registration plate 24EIFA in the parking lot of Publix Super Market at 4739 US-90, Pace, FL. The driver and only occupant, later identified as WAYNICK, gave the deputies the Texas driver's license used to purchase the vehicle as her identification. After deputies questioned WAYNICK about the ownership of the vehicle, she told them she was working with an inmate she met online to purchase vehicles using fraudulent identifications. WAYNICK

stated she used Telegram to communicate with the inmate and showed the messages to deputies. Furthermore, WAYNICK told deputies the fictitious paperwork such as the insurance card she used to purchase the Corvette was currently located inside the Subject Premises.

17. WAYNICK advised the SRCSO deputies she had purchased a Ford Sport Utility Vehicle (SUV) last year in California using a fraudulent identification and transported the vehicle back to Florida. It is believed this SUV was the Ford Bronco that was reported as a fraudulent purchase in Indio, California, as discussed above. WAYNICK also informed SRCSO deputies the cell phone she used to purchase the Ford SUV was also located in the Subject Premises and it contains the messages relevant to the purchase of the Ford SUV. WAYNICK described the phone as a black Samsung cell phone believed to be an A13 model with a broken screen.

18. The foregoing is true to the best of my knowledge and belief.

_____
Jonathan Quick, Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me on this 20th day of March, 2024, in Pensacola, Florida, in that the above affiant attested to and submitted the contents of the foregoing written affidavit via reliable electronic means.

_____
Zachary C. Bolitho
United States Magistrate Judge